IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| HEYNZ LISZT, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | CIVIL ACTION NO. 7:22-CV-272 |
| § | |
| LAKEVIEW LOAN SERVICING, LLC § | |
| AND LOANCARE LLC, § | |
| § | |
| *Defendants.* § | |

## AGREED STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff and Defendants file this stipulation of dismissal under FED. R. CIV. P. 41(a)(1)(A)(ii).

1. Plaintiff is Heynz Liszt; Defendants are Lakeview Loan Servicing, LLC and LoanCare LLC.

2. On June 29, 2022, Plaintiff sued Defendants in State Court under Cause No. C-2460-22-F.

3. Defendants filed their answer on July 11, 2022, and then filed a Notice of Removal of State Court Action on August 10, 2022.

4. Plaintiff moves to dismiss this case without prejudice.

5. Defendants agrees to this stipulation of dismissal.

6. This case is not a class action under FED. R. CIV. P. 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

7. This case is not governed by any federal statute that requires a court order for dismissal of this case.

8. Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

9. This dismissal is without prejudice.

Respectfully submitted,

By: *Robert C. Newark, III*
　　Robert C. Newark, III
　　Texas Bar No. 24040097
　　Oklahoma Bar No. 21992
　　A Newark Firm
　　1341 W. Mockingbird Lane, Ste 600W
　　Dallas, Texas 75247
　　Telephone: (866)230-7236
　　Facsimile: (888)316-3398
　　Email: office@newarkfirm.com

**ATTORNEY FOR PLAINTIFF,
HEYNZ LISZT**

AGREED TO:

By: */s/ Thomas W. White, Jr.*
　　**EMILY G. STROOPE (LEAD COUNSEL)**
　　State Bar No. 24070692
　　estroope@mcglinchey.com
　　Three Energy Square
　　6688 North Central Expressway
　　Suite 400
　　Dallas, Texas 75206
　　(214) 445-2445 Tel
　　(214) 445-2450 Fax

and

**THOMAS W. WHITE, JR.**
State Bar No. 24102645
twhite@mcglinchey.com
1001 McKinney Street, Suite 1500
Houston, TX 77002
(713) 335-2135 Tel
(713) 520-1025 Fax

**ATTORNEYS FOR DEFENDANTS**